teiul fay
Me y•;<■•/', Chlei Jncii'e,
to which Potter, Justice, assent.;.! 5 u K iu the discretkn te the court to peiacte'the ad:!:-, üon ol a plea at*ny time "before the trial j and the cocjl will PC suit the pies where the justice of thé case requires it. Ar.d ibe •dea not/ oiterte is sucu an one ao justice v. ciniits the admit.-; o;a oí. It wouid be ». Q'.oasrrú'is preposition that when ¿ted;-’ * wits, after pisa bríu uiLsn away ail the espeta, ths tx- cutoi oí :;i:!i::;jstr*ior should notwithstanding be compelled to an&v/ea dr; .kb;: test pisaded to.
The pie?, v/as addedo